Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #385
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Scott M. Grace (SBN 236621)
sgrace@lawlh.com
Luftman, Heck & Associates, LLP
501 West Broadway, Ste. 800
San Diego, CA 92101
Phone: 619-400-4900
Fax:  619-923-3661

Attorneys for Plaintiff Otilia Carrasco

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA CARRASCO,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LEGAL RECOVERY LAW OFFICES, INC.,<br><br>　　　　　　　　Defendants. | Case No. **'12CV1241 CAB BLM**<br><br>**Complaint For Damages**<br><br>**Jury Trial Demanded** |

## INTRODUCTION

1.　　This is an action for actual damages, statutory damages, attorney fees and costs brought by an individual consumer, Otilia Carrasco, (hereinafter Plaintiff) for Legal Recovery Law Offices, Inc.(hereinafter "Defendant") violations of the Fair Debt Collection practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA")[1] the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 et seq. (hereinafter "the Rosenthal Act")[2] which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

2.　　Plaintiff makes these allegations on information and belief, with the exception of those allegations that pertain to Plaintiff, or to plaintiff's counsel, which Plaintiff allege on personal

---

[1] All undesignated section references to §1692 are to the FDCPA
[2] All undesignated section references to §1788 are to the Rosenthal Act

1
**COMPLAINT**

knowledge.

3. While many violations are described below with specificity, this Complaint alleges violations of the statutes cited in their entirety.

## JURISDICTION AND VENUE

4. This action arises out of Defendant's violations of the FDCPA and Rosenthal Act.

5. Jurisdiction arises pursuant to 28 U.S.C. § 1391, 1337, 15 U.S.C. §1692(k) (d), and 47 U.S.C. §277 et seq. and 28 U.S.C. §1367 for supplemental state claims.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## THE PARTIES

7. Plaintiff is a natural person residing in Santa Clara County, California.

8. Plaintiff is a consumer within the meaning of § 1692a(3) in that she is a natural person purportedly obligated to pay a credit card debt, allegedly owed to Capitol One Bank USA, (hereinafter "Debt")

9. Plaintiff is a "debtor" as that term is defined by §1788.2(h).

10. At all times relevant herein, Defendant was a company engaged, by use of the mails and telephone in the business of collecting debts, as defined by §1692a(5), and consumer debts as defined by § 1788.2(f). Defendant regularly attempts to collect debts alleged to be due another and is therefore a debt collector within the meaning of §1692a(6) and §1788.2(c).

11. As Defendant do business in the state of California, is located in San Diego County, and has committed the acts that form the basis for this suit in the state of California, this Court has personal jurisdiction over Defendant for purposes of this action.

## FACTUAL ALLEGATIONS

12. At all times herein, Defendant, was attempting to collect, from Plaintiff, a debt as defined by §1692a (5) of the FDCPA and a consumer debt as defined by § 1788.2(f) of the Rosenthal Act.

13. Prior to February 6, 2012, Plaintiff allegedly fell behind in the payment allegedly owed on the alleged debt. Plaintiff currently neither admits nor denies that the debt is valid.

14. Prior to February 6, 2012, the alleged debt was assigned, placed or otherwise transferred

1  to Defendants for collection.

2      15.    Thereafter, Defendant sent a collection letter (hereinafter "Exhibit A") to Plaintiff. A true and accurate copy of the letter and attachment is attached hereto and fully incorporated by reference as Plaintiff's "Exhibit A".

    16.    The statements in Exhibit A were communications within the meaning of §1692a (2).

    17.    Exhibit A is dated February 6, 2012.

    18.    Exhibit A was the first written communication from Defendants to Plaintiff in connection with the collection of the alleged debt.

    19.    In Exhibit A Defendant lists as part of the debt, court costs of $225.00. There is not and was not at the time Exhibit A was mailed to Plaintiff, an action to collect the debt which had been resolved and thereby incurred or been awarded to Defendant, the costs of court. Therefore the attempt to collect this cost is a misrepresentation of Plaintiff's obligation by threatening to collect fees or a charge not owed. Additionally it is an attempt to collect an amount that is neither expressly authorized by the agreement causing the debt nor permitted by law. This action violates §1692 e(10), §1692 f(1) and §1788.13(e).

    20.    Plaintiff is informed and believes and thereon alleges that Defendants have sent standard form collection letters in the form of Exhibit A to numerous persons in California in the one year period preceding the filing of this Complaint. Therefore, Plaintiff may seek leave to amend this Complaint to add class allegations at a later date.

    21.    Because these actions violated the FDCPA sections cited herein, Defendant also violated §1788.17 of the Rosenthal Act as it incorporates those sections.

## FIRST CLAIM FOR RELIEF
### (Violations of the FDCPA)

    31.    Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the paragraphs above.

    32.    The foregoing acts and omissions constitute numerous and multiple violations of the FDCPA, including but not limited to each and every one of the above cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq.

33.     As result of each and every violation of the FDCPA, Plaintiff is entitled to any actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from defendant.

**SECOND CLAIM FOR RELEIF**

**(Claim for violations of the Rosenthal Act)**

22.     Plaintiff repeats, re-alleges, and incorporates by reference all the allegations contained in the paragraphs preceding the First Claim for Relief.

23.     Plaintiff is entitled to statutory damages of $1000.00 as Defendant's acts and omissions violated the Rosenthal Act including, but not limited to §1788.17. Defendant's violations of § 1788.17 of the Rosenthal Act (which incorporates several of the provisions of the FDCPA) include, but are not limited to those enumerated in the above First Claim for Relief.

24.     Plaintiff is entitled to statutory damages of $1000.00 under §1788.30(b) for Defendant's violations, as enumerated above, of §1788.13(e).

25.     Pursuant to §1788.32, the remedies provided under §§1788.30(b) and 1788.17 are intended to be cumulative and in addition to any other procedures, rights or remedies that Plaintiff may have under any other provision of law.

26.     Defendants' violations of the Rosenthal Act were willful and knowing, thereby entitling Plaintiff to statutory damages pursuant to § 1788.30(b) of the Rosenthal Act.

27.     Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the debt.

28.     As a proximate result of the violations of the Rosenthal Act committed by Defendant, Plaintiff is entitled to any actual damages, statutory damages, reasonable attorney's fees and costs of this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that judgment be entered against Defendant, and for Plaintiff requests this Court:

(1)     Assume jurisdiction in this proceeding;

(2) Declare that the Defendant violated the FDCPA;

(3) Declare that the Defendant violated the Rosenthal Act;

(4) Award actual damages in accordance with proof at trial, pursuant to §1692k(a)(1) of the FDCPA and § 1788.30(a) of the Rosenthal Act;

(5) Award statutory damages of an amount not exceeding $1,000.00 pursuant to § 1692k(a)(2)(A) of the FDCPA;

(6) Award statutory damages of an amount not exceeding $1,000.00 pursuant to §1788.30(b) of the Rosenthal Act for violation of § 1788.17 of the Rosenthal Act[3];

(7) Award of statutory damages of $1000.00 pursuant to § 1788.30(b) of the Rosenthal Act for separate violations of §1788.13(e).

(8) Award of the costs of litigation and reasonable attorney's fees, pursuant to §1692k (a) (3) of the FDCPA and § 1788.30(c) of the Rosenthal Act.

(9) Such other and further relief this court may deem just and proper.

Dated May 22, 2012

*s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
Otilia Carrasco

---

[3] § 1692k(a)(2)(A) of the FDCPA

**LEGAL RECOVERY**
**LRL**
LAW OFFICES

P.O. Box 84060, San Diego, CA 92138-4060
Tel: 619-275-4001 • Toll Free: 800-785-4001 • Fax: 619-275-4010

Otilia Carrasco
7784 Oak Spring Cir # 1
Gilroy CA 95020-9572

| | | |
|---|---|---|
| Date: | February 6 2012 | |
| File #: | 4147097060916972 | |
| Account #: | 826049 | |
| Client: | CAPITAL ONE BANK (USA) N.A. | |
| Original Creditor: | VW - VISA SIGNATURE | |
| Referred Balance: | $20468.67 | |

| Payments Received | |
|---|---|
| by LRLO: | $0.00 |
| Current Principal: | $20243.67 |
| Interest: | $0.00 |
| Court Costs: | $225.00 |
| Attorney's Fees: | $0.00 |
| Other Costs: | $0.00 |
| Total Due: | $20468.67 |

The above referenced account has been placed with this office for collection and resolution. As of the date of this letter, the client named above claims that you have a delinquent account owed in the amount of $20468.67. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Because of interest late charges and other charges that vary day to day the amount due on the day you pay may be greater. Hence if you pay the amount shown above an adjustment may be necessary after we receive your check.

Unless you notify this office within 30 days of receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that this debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

In the event that legal action is pursued and judgment is ultimately obtained against you, the judgment may include court costs local attorneys fees and interest in addition to the principal amount currently owed.

This notice has been sent to you by a law office specializing in the area of debt collection. Be advised that this is an attempt to collect a debt and any information obtained will be used for that purpose. "The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

If paid in full to this office, all collection activity will be stopped.

Please include your file number on all correspondence and/or remittance and mail it to PO Box 84060, San Diego, CA 92138.

Sincerely,

Mark D. Walsh, Esq.
Attorney at Law

585-SFLRLO10-A10-1/06/10

---

\* \* \* Please Return Bottom Portion With Payment \* \* \*

Y1130C0564

5030 Camino De La Siesta Ste 340
San Diego CA 92108-3118
RETURN SERVICE REQUESTED

Account #: 826049
Total Due: $20468.67

Date: February 6 2012

0026020024005379569195020957284-1-Y1130C0564 585
- A10 - 585
Otilia Carrasco
7784 Oak Spring Cir # 1
Gilroy CA 95020-9572

Legal Recovery Law Offices
5030 Camino De La Siesta Ste 340
San Diego CA 92108-3118

**Exhibit A**
**Page 1 of 2**

Exhibit A
Page 2 of 2

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
OTILIA CARRASCO

## DEFENDANTS
LEGAL RECOVERY LAW OFFICES, INC.

**(b)** County of Residence of First Listed Plaintiff: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patric A. Lester, Lester & Associates, 5694 Mission Center Rd. #358, San Diego, Ca., 92108  (619)-665-3888

Attorneys (If Known): **'12CV1241 CAB BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC §1692 et. seq.
Brief description of cause:
Fair Debt Collection Practices Act violations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: May 22, 2012
SIGNATURE OF ATTORNEY OF RECORD: /s/ Patric A. Lester

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____